# Exhibit E

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551



FDIC

EQUAL HOUSING LENDER

HERITAGE HILLS ASSOCIATES
500 CENTERVILLE RD
LANCASTER PA 17601-1306

Loan Billing Statement

Notice: If the below statement is in conflict with any terms of the loan note, the loan note will govern. If any default interest rate is due, the Bank does not waive its collection right by not collecting at this time and will collect said interest at maturity or at paid off.

COMMERCIAL REAL ESTATE - VARIABLE Loan 140003149

| Date | Description | Payment Split Principal | Payment Split Interest | Transaction Amount | Principal Balance |
|---|---|---|---|---|---|
| 12/18/2025 | Balance Last Statement | | | | 7,984,061.43 |
| 01/12/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT 818009658 | 15,972.00 | 42,723.85 | 79,290.84 | 7,968,089.43 |
| | Escrow: 20,594.99 | | | | |
| 01/20/2026 | Balance This Statement | | | | 7,968,089.43 |

Interest Calculation

| From Date | Thru Date | Interest Rate | Daily Periodic Rate | Principal | Days | Accrued Interest |
|---|---|---|---|---|---|---|
| 01/02/2026 | 01/11/2026 | 6.210000% | .00017250 | 7,984,061.43 | 10 | 13,772.50 |
| 01/12/2026 | 02/01/2026 | 6.210000% | .00017250 | 7,968,089.43 | 21 | 28,864.40 |

Escrow Summary

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
| 12/18/2025 | Balance Last Statement | | | 152,008.42 |
| 01/12/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT | 20,594.99 | | 172,603.41 |
| 01/20/2026 | Balance This Statement | | | 172,603.41 |

* * * Continued * * *

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 2
01/20/2026

FDIC

EQUAL HOUSING LENDER

HERITAGE HILLS ASSOCIATES
Loan Billing Statement

---------------- Loan Summary ----------------

| | | | |
|---|---|---|---|
| Credit Limit: | | Interest Accrued From: | 01/02/2026 |
| Available Credit: | | Interest Accrued Thru: | 02/01/2026 |
| Maturity Date: | 12/02/2030 | Late Charge Balance: | 5,544.62 |
| ---- Activity This Period ---- | | Principal Due: | 16,058.95 |
| Principal Paid: | 15,972.00 | Interest Due: | 42,636.90 |
| Interest Paid: | 42,723.85 | Escrow Due: | 20,572.21 |
| | | Total Payment Due: | 79,268.06 |
| Interest Accrued: | 42,636.90 | Payment Due Date: | 02/02/2026 |

Add additional late charge of 2,934.79 if no payment is received by 02/12/2026

The payment due will be charged to Checking Account 000000818009658

Interest Paid 2026: 42,723.85

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 1
02/17/2026

HERITAGE HILLS ASSOCIATES
500 CENTERVILLE RD
LANCASTER PA 17601-1306

Loan Billing Statement

Notice: If the below statement is in conflict with any terms of the loan note, the loan note will govern. If any default interest rate is due, the Bank does not waive its collection right by not collecting at this time and will collect said interest at maturity or at paid off.

COMMERCIAL REAL ESTATE - VARIABLE Loan 140003149

| Date | Description | Payment Split Principal | Payment Split Interest | Transaction Amount | Principal Balance |
|---|---|---|---|---|---|
| 01/20/2026 | Balance Last Statement | | | | 7,968,089.43 |
| 02/11/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT 818009658 | 16,058.95 | 42,636.90 | 79,268.06 | 7,952,030.48 |
| | Escrow: 20,572.21 | | | | |
| 02/17/2026 | Balance This Statement | | | | 7,952,030.48 |

Interest Calculation

| From Date | Thru Date | Interest Rate | Daily Periodic Rate | Principal | Days | Accrued Interest |
|---|---|---|---|---|---|---|
| 02/02/2026 | 02/10/2026 | 6.210000% | .00017250 | 7,968,089.43 | 9 | 12,370.45 |
| 02/11/2026 | 03/01/2026 | 6.210000% | .00017250 | 7,952,030.48 | 19 | 26,062.78 |

Escrow Summary

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
| 01/20/2026 | Balance Last Statement | | | 172,603.41 |
| 02/11/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT | 20,572.21 | | 193,175.62 |
| 02/17/2026 | Balance This Statement | | | 193,175.62 |

*** Continued ***

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 2
02/17/2026

HERITAGE HILLS ASSOCIATES
Loan Billing Statement

--------------- Loan Summary ---------------

| | | | |
|---|---|---|---|
| Credit Limit: | | Interest Accrued From: | 02/02/2026 |
| Available Credit: | | Interest Accrued Thru: | 03/01/2026 |
| Maturity Date: | 12/02/2030 | Late Charge Balance: | 5,544.62 |
| ---- Activity This Period ---- | | Principal Due: | 20,262.62 |
| Principal Paid: | 16,058.95 | Interest Due: | 38,433.23 |
| Interest Paid: | 42,636.90 | Escrow Due: | 20,572.21 |
| | | Total Payment Due: | 79,268.06 |
| Interest Accrued: | 38,433.23 | Payment Due Date: | 03/02/2026 |

Add additional late charge of 2,934.79 if no payment is received by 03/12/2026

The payment due will be charged to Checking Account 000000818009658

Interest Paid 2026: 85,360.75

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

FDIC
EQUAL HOUSING LENDER

Page: 1
Line: 27551 03/18/2026

HERITAGE HILLS ASSOCIATES
500 CENTERVILLE RD
LANCASTER PA 17601-1306

Loan Billing Statement

Notice: If the below statement is in conflict with any terms of the loan note, the loan note will govern. If any default interest rate is due, the Bank does not waive its collection right by not collecting at this time and will collect said interest at maturity or at paid off.

COMMERCIAL REAL ESTATE - VARIABLE Loan 140003149

| Date | Description | -----Payment Split----- Principal | Interest | Transaction Amount | Principal Balance |
|---|---|---|---|---|---|
| 02/17/2026 | Balance Last Statement | | | | 7,952,030.48 |
| 03/12/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT 818009658 | 20,262.62 | 38,433.23 | 79,268.06 | 7,931,767.86 |
| | Escrow: 20,572.21 | | | | |
| 03/18/2026 | Balance This Statement | | | | 7,931,767.86 |

Interest Calculation

| From Date | Thru Date | Interest Rate | Daily Periodic Rate | Principal | Days | Accrued Interest |
|---|---|---|---|---|---|---|
| 03/02/2026 | 03/11/2026 | 6.210000% | .00017250 | 7,952,030.48 | 10 | 13,717.25 |
| 03/12/2026 | 04/01/2026 | 6.210000% | .00017250 | 7,931,767.86 | 21 | 28,732.83 |

Escrow Summary

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
| 02/17/2026 | Balance Last Statement | | | 193,175.62 |
| 03/04/2026 | R/E TAXES 2 - VENDOR 10812 | | 269.44 | 192,906.18 |
| 03/04/2026 | R/E TAXES 3 - VENDOR 10813 | | 5,593.55 | 187,312.63 |
| 03/04/2026 | R/E TAXES 4 - VENDOR 10813 | | 16,075.38 | 171,237.25 |
| 03/04/2026 | R/E TAXES 1 - VENDOR 10812 | | 42,719.13 | 128,518.12 |
| 03/12/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT | 20,572.21 | | 149,090.33 |
| 03/18/2026 | Balance This Statement | | | 149,090.33 |

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Page: 2
Line: 27551 03/18/2026

HERITAGE HILLS ASSOCIATES
Loan Billing Statement

- - - - - - - - - - - - - - Loan Summary - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| Credit Limit: | | Interest Accrued From: | 03/02/2026 |
| Available Credit: | | Interest Accrued Thru: | 04/01/2026 |
| Maturity Date: | 12/02/2030 | Late Charge Balance: | 5,544.62 |
| - - - - Activity This Period - - - - | | Principal Due: | 16,245.77 |
| Principal Paid: | 20,262.62 | Interest Due: | 42,450.08 |
| Interest Paid: | 38,433.23 | Escrow Due: | 20,572.21 |
| | | Total Payment Due: | 79,268.06 |
| Interest Accrued: | 42,450.08 | Payment Due Date: | 04/02/2026 |

Add additional late charge of 2,934.79 if no payment is received by 04/12/2026

The payment due will be charged to Checking Account 000000818009658

Interest Paid 2026: 123,793.98

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 1
04/17/2026

HERITAGE HILLS ASSOCIATES
500 CENTERVILLE RD
LANCASTER PA 17601-1306

Loan Billing Statement

Notice: If the below statement is in conflict with any terms of the loan note, the loan note will govern. If any default interest rate is due, the Bank does not waive its collection right by not collecting at this time and will collect said interest at maturity or at paid off.

COMMERCIAL REAL ESTATE - VARIABLE Loan 140003149

| Date | Description | Payment Split Principal | Payment Split Interest | Transaction Amount | Principal Balance |
|---|---|---|---|---|---|
| 03/18/2026 | Balance Last Statement | | | | 7,931,767.86 |
| 04/09/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT 818009658 | 16,245.77 | 42,450.08 | 79,268.06 | 7,915,522.09 |
| | Escrow: 20,572.21 | | | | |
| 04/17/2026 | Balance This Statement | | | | 7,915,522.09 |

Interest Calculation

| From Date | Thru Date | Interest Rate | Daily Periodic Rate | Principal | Days | Accrued Interest |
|---|---|---|---|---|---|---|
| 04/02/2026 | 04/08/2026 | 6.210000% | .00017250 | 7,931,767.86 | 7 | 9,577.60 |
| 04/09/2026 | 05/01/2026 | 6.210000% | .00017250 | 7,915,522.09 | 23 | 31,404.84 |

Escrow Summary

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
| 03/18/2026 | Balance Last Statement | | | 149,090.33 |
| 04/09/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT | 20,572.21 | | 169,662.54 |
| 04/17/2026 | Balance This Statement | | | 169,662.54 |

*** Continued ***

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 2 04/17/2026

HERITAGE HILLS ASSOCIATES
Loan Billing Statement

---------------- Loan Summary ----------------

| | | | |
|---|---|---|---|
| Credit Limit: | | Interest Accrued From: | 04/02/2026 |
| Available Credit: | | Interest Accrued Thru: | 05/01/2026 |
| Maturity Date: | 12/02/2030 | Late Charge Balance: | 5,544.62 |
| ---- Activity This Period ---- | | Principal Due: | 17,713.41 |
| Principal Paid: | 16,245.77 | Interest Due: | 40,982.44 |
| Interest Paid: | 42,450.08 | Escrow Due: | 20,572.21 |
| | | Total Payment Due: | 79,268.06 |
| Interest Accrued: | 40,982.44 | Payment Due Date: | 05/02/2026 |

Add additional late charge of 2,934.79 if no payment is received by 05/12/2026

The payment due will be charged to Checking Account 000000818009658

Interest Paid 2026: 166,244.06

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 1 05/18/2026

FDIC EQUAL HOUSING LENDER

HERITAGE HILLS ASSOCIATES
500 CENTERVILLE RD
LANCASTER PA 17601-1306

Loan Billing Statement

Notice: If the below statement is in conflict with any terms of the loan note, the loan note will govern. If any default interest rate is due, the Bank does not waive its collection right by not collecting at this time and will collect said interest at maturity or at paid off.

COMMERCIAL REAL ESTATE - VARIABLE Loan 140003149

| Date | Description | Payment Split: Principal | Payment Split: Interest | Transaction Amount | Principal Balance |
|---|---|---|---|---|---|
| 04/17/2026 | Balance Last Statement | | | | 7,915,522.09 |
| 05/12/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT 818009658 | 17,713.41 | 40,982.44 | 79,268.06 | 7,897,808.68 |
| | Escrow: 20,572.21 | | | | |
| 05/18/2026 | Balance This Statement | | | | 7,897,808.68 |

Interest Calculation

| From Date | Thru Date | Interest Rate | Daily Periodic Rate | Principal | Days | Accrued Interest |
|---|---|---|---|---|---|---|
| 05/02/2026 | 05/11/2026 | 6.210000% | .00017250 | 7,915,522.09 | 10 | 13,654.27 |
| 05/12/2026 | 06/01/2026 | 6.210000% | .00017250 | 7,897,808.68 | 21 | 28,609.81 |

Escrow Summary

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
| 04/17/2026 | Balance Last Statement | | | 169,662.54 |
| 05/12/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT | 20,572.21 | | 190,234.75 |
| 05/18/2026 | Balance This Statement | | | 190,234.75 |

* * * Continued * * *

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 2
05/18/2026

HERITAGE HILLS ASSOCIATES
Loan Billing Statement

- - - - - - - - - - - - - - - Loan Summary - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| Credit Limit: | | Interest Accrued From: | 05/02/2026 |
| Available Credit: | | Interest Accrued Thru: | 06/01/2026 |
| Maturity Date: | 12/02/2030 | Late Charge Balance: | 5,544.62 |
| - - - - Activity This Period - - - - | | Principal Due: | 16,431.77 |
| Principal Paid: | 17,713.41 | Interest Due: | 42,264.08 |
| Interest Paid: | 40,982.44 | Escrow Due: | 20,572.21 |
| | | Total Payment Due: | 79,268.06 |
| Interest Accrued: | 42,264.08 | Payment Due Date: | 06/02/2026 |

Add additional late charge of 2,934.79 if no payment is received by 06/12/2026

The payment due will be charged to Checking Account 000000818009658

Interest Paid 2026: 207,226.50

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 1 06/17/2026

FDIC EQUAL HOUSING LENDER

HERITAGE HILLS ASSOCIATES
500 CENTERVILLE RD
LANCASTER PA 17601-1306

Loan Billing Statement

Notice: If the below statement is in conflict with any terms of the loan note, the loan note will govern. If any default interest rate is due, the Bank does not waive its collection right by not collecting at this time and will collect said interest at maturity or at paid off.

COMMERCIAL REAL ESTATE - VARIABLE Loan 140003149

| Date | Description | -----Payment Split----- Principal | Interest | Transaction Amount | Principal Balance |
|---|---|---|---|---|---|
| 05/18/2026 | Balance Last Statement | | | | 7,897,808.68 |
| 06/11/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT 818009658 | 16,431.77 | 42,264.08 | 79,268.06 | 7,881,376.91 |
| | Escrow: 20,572.21 | | | | |
| 06/17/2026 | Balance This Statement | | | | 7,881,376.91 |

Interest Calculation

| From Date | Thru Date | Interest Rate | Daily Periodic Rate | Principal | Days | Accrued Interest |
|---|---|---|---|---|---|---|
| 06/02/2026 | 06/10/2026 | 6.210000% | .00017250 | 7,897,808.68 | 9 | 12,261.34 |
| 06/11/2026 | 07/01/2026 | 6.210000% | .00017250 | 7,881,376.91 | 21 | 28,550.28 |

Escrow Summary

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
| 05/18/2026 | Balance Last Statement | | | 190,234.75 |
| 06/11/2026 | PAYMENT FROM SMALL BUSINESS CHECK ACCOUNT | 20,572.21 | | 210,806.96 |
| 06/17/2026 | Balance This Statement | | | 210,806.96 |

* * * Continued * * *

CROWN BANK
27 Prince St. Elizabeth, NJ 07208
1-888-499-2265

Line: 27551 Page: 2 06/17/2026

FDIC

EQUAL HOUSING LENDER

HERITAGE HILLS ASSOCIATES
Loan Billing Statement

---------------- Loan Summary ----------------

| | | | |
|---|---|---|---|
| Credit Limit: | | Interest Accrued From: | 06/02/2026 |
| Available Credit: | | Interest Accrued Thru: | 07/01/2026 |
| Maturity Date: | 12/02/2030 | Late Charge Balance: | 5,544.62 |
| ---- Activity This Period ---- | | Principal Due: | 17,884.23 |
| Principal Paid: | 16,431.77 | Interest Due: | 40,811.62 |
| Interest Paid: | 42,264.08 | Escrow Due: | 20,572.21 |
| | | Total Payment Due: | 79,268.06 |
| Interest Accrued: | 40,811.62 | Payment Due Date: | 07/02/2026 |

Add additional late charge of 2,934.79 if no payment is received by 07/12/2026

The payment due will be charged to Checking Account 000000818009658

Interest Paid 2026: 249,490.58