# Exhibit F

CROWN BANK

May 21, 2026

Heritage Hills Associate
2700 Mount Rose Avenue
York PA 17402

*Re:* ***LN#******3149***
*Collateral Location: 2690 & 2700 Mt Rose Ave, York PA*

To whom it may concern:

Regarding your request for a pay-off on the above referenced loan, the figures are as follows:

| | |
|---|---|
| Principal: | $7,897,808.68 |
| Interest Due to 5/22/2026 | $27,277.90 |
| Late Charges | $5,544.62 |
| Prepayment Penalty 5% | $394,890.44 |
| Default Interest | $1,378,974.68 |
| Projected Escrow Reserves | ($190,234.75) |
| Documentation Release Fee | $200.00 |
| Statement Fee: | $40.00 |
| **Total:** | **$9,514,500.89** |
| **Per diem:** | **$1,362.37** |

Please be advised that this payoff letter is only valid until the expiration date. If the loan is not paid off by then, the Bank retains the right to collect any default interest, fees, or other charges due under the loan documents that were not included in this letter.
This payoff letter is valid for 10 days as of the date listed above. Interest charges are calculated as of the date of this letter, therefore, per diem interest must be added for each day after the date of this letter.

All payoffs must be sent to this office at:

27 Prince Street
Elizabeth, NJ 07208
Attn: Loan Servicing Department

Unless otherwise requested, all collateral documentation will be forwarded to the appropriate party for cancellation processing. In the event that you wish Crown Bank to handle the recording of the subject documents, please include the following applicable fees:

**Mortgage Cancellation Fee: $45.00 per Document**
**UCC-3 Termination Fee: $45.00 per Document**

These figures are subject to final verification upon receipt of funds by the note holder. If the note holder receives insufficient payoff proceeds for any reason, including but not limited to, error in calculation of payoff amount, previously dishonored check or money order, or additional disbursements made by this note holder between the date of this payoff statement and the receipt of funds, the note holder, at its discretion, may either return the payoff funds or apply the tendered proceeds to the outstanding indebtedness in accordance with the terms of the note. The note holder will not release the lien until all funds are received.

If you have any questions, please do not hesitate to contact me at 908-659-2100, ext. 2026 or 2023.

Sincerely,

Celia Valente
VP/Loan Servicing Manager

Vincent Micco
SVP/Chief Lending Officer