Brian J. Levy, Esquire
425 Biden Street, Suite 200
Scranton PA 18503
(570) 342-6100

**United States District Court**
**In the Middle District of Pennsylvania**

Heritage Hills Associates
vs.
Crown Bank, et al.

Case No.:1:26-CV-02808-YK

**RETURN OF SERVICE**

STATE OF NJ
COUNTY OF Somerset ss

I, Roger Padilla, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

**Servee:** Crown Bank
**Date:** 10/6/2026 **Time:** 1:40 AM (PM)
**Address:** 27 Prince Street, Elizabeth NJ 07208
**Document Type:** Summons & Complaint

☐ Personally served.
☐ Adult family member with whom said Respondent resides.
Name: ______ Relationship: ______
☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
Name: ______ Title: ______
☒ Agent or person in charge of Respondent's office or usual place of business.
Name: Marta Pinto Title: Vice President
☐ Other: ______

Description of person process was left with:
Sex: female Skin: White Hair: brown Age: 40-45 Height: 5' 7" Weight: 160lbs

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ **Unknown at Address** ☐ **Moved, Left no Forwarding Add.** ☐ **Vacant** ☐ **No Answer - Several Attempts**
☐ **Address Does Not Exist** ☐ **Other** ______

Service Attempts: (1) ______ Date Time (2) ______ Date Time (3) ______ Date Time

Comments: ______

(Signature)

On Behalf of: Roger Padilla
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P239983