**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HERITAGE HILLS ASSOCIATES,**<br><br>**Plaintiff,**<br>**v.**<br><br>**CROWN BANK and**<br>**JACINTO RODRIGUES,**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-02808**<br><br>**Judge Wilson**<br><br>**Electronically Filed** |

**ORDER**

AND NOW, this 26th day of October, 2026, upon consideration of Plaintiff's Motion for Alternative Service on Defendant Jacinto Rodrigues (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Plaintiff is authorized to serve the Summons and Complaint upon Defendant Jacinto Rodrigues by sending the Summons, the Complaint, and a copy of this Order by a UPS service providing tracking and confirmation of delivery addressed to: a) Jacinto Rodrigues, Chief Executive Officer, c/o Crown Bank, 27 Prince Street, Elizabeth, New Jersey 07208 and b) 6 Conklin Lane, Warren, NJ 07059.

2. Plaintiff shall contemporaneously email an electronic copy of the same documents to jacinto.rodrigues@crownbank.net.

3. Service upon Defendant Jacinto Rodrigues shall be deemed complete on the date on which UPS records delivery of the packages described in Paragraph 1.

4. Within seven (7) days after service is complete, Plaintiff shall file proof of service pursuant to Federal Rule of Civil Procedure 4(l).

5. Defendant Jacinto Rodrigues shall answer or otherwise respond to the Complaint within twenty-one (21) days after the date on which service is deemed complete under Paragraph 3.

6. To the extent necessary, the time within which Plaintiff must serve Defendant Jacinto Rodrigues under Federal Rule of Civil Procedure 4(m) is extended through and including the thirtieth (30th) day after the date of this Order.

BY THE COURT:

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge